IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**GLENN K. GUNTER; and**
**LISA G. GUNTER**                                                                           **PLAINTIFFS**

v.                               CASE NO. 4:11CV00161 BSM

**FARMERS INSURANCE COMPANY, INC.; and**
**AMERICAN SECURITY INSURANCE COMPANY**                        **DEFENDANTS**

## ORDER

On February 22, 2011, plaintiffs Glenn K. Gunter and Lisa G. Gunter brought this action against defendants Farmers Insurance Company ("Farmers") and American Security Insurance Company ("American") seeking to recover damages for defendants' handling of their flood insurance claims. In its motion to dismiss, American points out that the Gunters did not plead specific allegations that would entitle them to any relief against American. The Gunters have responded and filed a motion for leave to amend their complaint to properly state claims against American.

The proposed amended complaint sets forth sufficient facts such that, if the allegations are true, the Gunters are entitled to relief against both Farmers and American. Therefore, the Gunters' motion for leave to file [Doc. No. 14] is granted, and American's motion to dismiss [Doc. No. 12] is denied. The Gunters are hereby directed to file their amended complaint forthwith.

IT IS SO ORDERED this 29th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE